## RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 25-CV-24066
BECERRA

Plaintiff: **POPEYES LOUISIANA KITCHEN INC**
vs.
Defendant: **JAM EQUITIES OF CORALVILLE LLC ET AL**

For:
Michael Joblove, Esq.
VENABLE LLP
801 BRICKELL AVENUE
#1500
MIAMI, FL 33131

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 8th day of September, 2025 at 2:03 pm to be served on **JAM EQUITIES OF DUBUQUE LLC C/O ASIF POONJA, REGISTERED AGENT, 4825 ASBURY ROAD, DUBUQUE, IA 52002**

I, CHRIS SCHULTZ, do hereby affirm that on the **25th day of September, 2025** at **10:45 am**, I:

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR INJUNCTIVE RELIEF AND EXHIBITS** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to: **ASHANTE EASON** as **AUTHORIZED REPRESENTATIVE OF THE REGISTERED AGENT** for **JAM EQUITIES OF DUBUQUE LLC**, at the address of: **4825 ASBURY ROAD, DUBUQUE, IA 52002**, and informed said person of the contents therein, in compliance with State Statutes

**Additional Information pertaining to this Service:**
THE REGISTERED AGENT WAS ABSENT DURING STATUTORY HOURS

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made. Under penalty of perjury, I declare the facts contained herein are true and correct.

**CHRIS SCHULTZ**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2025003061