UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---------------------------------------------------------------x
POPEYES LOUISIANA KITCHEN, INC.,
A Florida Corporation,                                    CASE NO. 1:25-cv-24066-JB

    Plaintiff,

v.

JAM EQUITIES OF CORALVILLE, LLC;
JAM EQUITIES OF E AVE, LLC;
JAM EQUITIES OF WATERLOO, LLC;
JAM EQUITIES OF DUBUQUE, LLC;
JAM EQUITIES OF MERLE HAY, LLC;
JAM EQUITIES OF BLAIRS FERRY, LLC;
JAM EQUITIES OF SE 14TH, LLC and
ASIF POONJA

    Defendants.
---------------------------------------------------------------x

### *JOINT* MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT AND *UNOPPOSED* MOTION FOR SERVED DEFENDANTS TO FILE RESPONSE TO AMENDED COMPLAINT[1]

Plaintiff, Popeyes Louisiana Kitchen, Inc. ("Popeyes" or "Plaintiff") and Defendants, Jam Equities of Coralville, LLC ("Coralville"), Jam Equities of E. Ave, LLC ("E Ave"), Jam Equities of Waterloo, LLC ("Waterloo"), Jam Equities of Dubuque, LLC ("Dubuque"), Jam Equities of Merle Hay, LLC ("Merle Hay"), and Asif Poonja ("Poonja") (Coralville, E Ave, Waterloo, Dubuque and Merle Hay, and Poonja shall be referred to collectively as the "Served Defendants" and together with Plaintiff, the "Parties") by and through undersigned counsel, hereby submit this Joint Motion to Extend the time to file the joint scheduling report and Unopposed Motion for the

---

[1] Defendants, Jam Equities of Blairs Ferry, LLC, and Jam Equities of SE 14th, LLC (the "Unserved Defendants") have not been served with process as of the date of this Motion. Accordingly, no response is currently due from the Unserved Defendants.

Served Defendants to file their response to the Amended Complaint for Injunctive Relief and Damages [D.E. 16] and in support thereof state as follows:

1. On September 5, 2025, Plaintiff filed its Complaint for Injunctive Relief and Damages against the Served Defendants (the "Complaint"). [D.E. 1].

2. On October 28, 2025, the Court entered its Order granting Defendants' Unopposed Motion for Extension of Time to File Response to Complaint, and extending the time for Defendants, Coralville, E Ave, Waterloo, Dubuque and Merle Hay to file their response to the Complaint on or before November 12, 2025. [D.E. 15].

3. On October 30, 2025, counsel for Defendants agreed to accept service on behalf of Defendant Poonja. As such Poonja's response to the Complaint is not due until November 20, 2025.

4. On November 4, 2025, Plaintiff filed its Amended Complaint against Defendants. [D.E. 16].

5. The deadline for Defendants, Coralville, E Ave, Waterloo, Dubuque and Merle Hay to file their response to the Amended Complaint is currently November 18, 2025, and the deadline for Poonja to file his response to the Amended Complaint is November 20, 2025.

6. The Parties respectfully request a seven (7) day extension of time for the Served Defendants to file their *combined* response to the Amended Complaint, i.e., on or before Tuesday, November 25, 2025.

7. Relatedly, the Parties request a seven (7) day extension of time to file their Joint Scheduling Report which is currently due on Monday, November 17, 2025.

8. Good cause for the requested relief exists as the Parties have been discussing a resolution and are cautiously optimistic that the parties will reach an agreement that would resolve

the case in its entirety.

9. The requested extension will allow the parties to reach a resolution without further Court intervention, thereby conserving judicial resources and avoiding the parties from incurring additional fees and costs.

10. The only prior extension of time requested in this matter is Defendants' Unopposed Motion for Extension of Time [D.E. 14]. The requested extensions would not impact the deadline to file a dispositive motion or trial date.

11. Rule 6(b)(1) of the Federal Rules of Civil Procedure permits this Court to grant extensions of time "for cause shown." *See* Fed. R. Civ. P. 6(b)(1). "[A]n application under Rule 6(b)(1) will be granted in the absence of bad faith or prejudice to the adverse party." *See* C. Wright & Miller, Federal Practice & Procedure, §1165 (1987 ed.).

12. The requested extensions are in the interest of justice, not sought for the purposes of delay and will not prejudice any party.

**WHEREFORE**, Plaintiff, Popeyes Louisiana Kitchen, Inc., and Defendants, JAM EQUITIES OF CORALVILLE, LLC, JAM EQUITIES OF E AVE, LLC, JAM EQUITIES OF WATERLOO, LLC, JAM EQUITIES OF DUBUQUE, LLC, JAM EQUITIES OF MERLE HAY, LLC, and ASIF POONJA, respectfully request that this Honorable Court enter an Order: (i) granting the instant Motion and providing Served Defendants an extension of time until Tuesday, November 25, 2025, to file their Response to the Amended Complaint; (ii) extending the time to for the Parties to file their joint scheduling report through and until November 24, 2025; and (iii) granting such other and further relief as this Honorable Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that the undersigned conferred with

counsel for Plaintiff, Aaron Blynn, Esq., regarding the relief sought herein. Mr. Blynn advised that Plaintiff did not object to the relief requested herein so long as Defendants did not use the requested extension as a basis to argue Popeyes waived its right to argue irreparable harm in its request for preliminary injunction, a condition which Defendants agreed to.

Dated: November 17, 2025

Respectfully submitted,

| | |
|---|---|
| **VENABLE LLP** <br> *Attorneys for Plaintiff* <br> 801 Brickell Avenue <br> Suite 1500 <br> Miami, Florida 33131 <br> Telephone: (305) 349-2300 <br><br> By:  /s/*Aaron Blynn* <br> Michael D. Joblove, Esq. <br> Florida Bar No. 354147 <br> MDJoblove@Venable.com <br> Aaron S. Blynn, Esq. <br> Florida Bar No. 73464 <br> ASBlynn@Venable.com | **ZARCO EINHORN SALKOWSKI, P.A**. <br> *Attorneys for Defendants* <br> 2 S. Biscayne Blvd., Suite 3400 <br> Miami, Florida 33131 <br> Telephone: (305) 374-5418 <br><br> By: /s/ *Robert F. Salkowski* <br> **ROBERT F. SALKOWSKI** <br> Florida Bar No. 903124 <br> E-mail: rsalkowski@zarcolaw.com <br> E-mail: acoro@zarcolaw.com <br> **ROBERT ZARCO** <br> Florida Bar No. 502138 <br> E-mail: rzarco@zarcolaw.com <br> **VICTORIA DIAZ** <br> Florida Bar No. 1058455 <br> E-mail: vdiaz@zarcolaw.com <br> E-mail: eservice@zarcolaw.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 17, 2025, a true and correct copy of the foregoing was served via the CM/ECF upon the following: Michael D. Joblove [mdjoblove@venable.com] and Aaron S. Blynn [asblynn@venable.com], Venable LLP, 801 Brickell Avenue, Suite 1500, Miami, Florida 33131.

By: /s/ *Robert F. Salkowski*
Robert F. Salkowski

4